HENRY SHAPIRO et al., Doing Business under the Name of HERBERT HECHT & Co., Respondents, *v.* KENMARE AUTO CO., INC., Appellant.

*Principal and agent — commissions — action to recover commissions for procuring proposed lessor of real property.*

*Shapiro* v. *Kenmare Auto Co., Inc.,* 197 App. Div. 935, affirmed.

(Argued May 2, 1922; decided May 9, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 8, 1921, affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover $3,043.75 commission, alleged to be due plaintiffs for procuring a purchaser of a leasehold interest held by defendant in a garage and plot of land located at Kenmare and Elizabeth streets, New York city. The complaint alleged that the defendant employed plaintiffs as brokers to procure a person " ready and willing to enter into a binding lease or sublease " of the land and garage then in the course of erection, upon such terms as were then stated to plaintiffs by defendant or upon

such other rental and terms of lease as should be mutually acceptable and upon which the minds of the parties should meet, in consideration of which defendant agreed to pay the customary commission of one per cent of the total rental agreed upon for the term of the lease; that plaintiff procured a customer who was able, ready and willing to enter into a binding lease or sublease of the said defendant's premises; and that thereupon defendant tried to exact new and different terms from those verbally agreed upon and refused to enter into a written agreement embodying the terms previously agreed upon.

*I. Maurice Wormser, Max Silverstein* and *Ralph F. Kane* for appellant.

*Julius Hilbern Cohn* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.